# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

United States Courts Southern
District of Texas
FILED

*September 30, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
Vs.
**Patricia Ornelas**

**CRIMINAL COMPLAINT**

Case Number:   C-22-1103M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 30, 2022** in **Brooks** County, in the
(Date)
Southern District of Texas, defendant, **Patricia Ornelas**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Hector Villarreal**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant
**Hector Villarreal**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

September 30, 2022                                                   at                Corpus Christi, Texas
Date                                                                                                City and State

**Julie K. Hampton  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**PROBABLE CAUSE / FACTS:**
On September 30th, 2022, a Border Patrol Agent was performing his assigned duties at the Falfurrias, Texas Border Patrol Checkpoint. While conducting his primary inspections, he encountered a driver later identified as Patricia ORNELAS driving a silver in color Honda Odyssey, bearing Arizona license plates. As the vehicle approached him, he began by asking the driver, ORNELAS, where are you headed today, to which she answered "citizen" then corrected herself to say "work". The Border Patrol Agent looked to the front passenger of the vehicle who was later identified as Ivan PRIETO-CAZARIN. He noticed the passenger was not acknowledging him by looking straight. He then asked "are you a U.S citizen sir" he briefly looked at him with his eyes then looked away. He then asked the rear passenger. "Are you a US citizen?" to which he replied "yes". He then looked to the front passenger PRIETO-CAZARIN and asked "sir, are you ok" to get his attention, he continued to look forward and ignore him. At this point he looked to the driver Patricia ORNELAS and asked, "what's wrong with him?" She answered, "they said to bring them up here so" He then looked at the rear passenger and asked, "Do you have any documents?" But the driver Patricia ORNELAS quickly interrupted and said, "I don't know my boss just told me to take them up to San Antonio to work". At that time, the vehicle was referred to secondary for further immigration inspection on the passengers in the vehicle and instructed Patricia ORNELAS where to go.

In the secondary inspection area, Agents questioned the front and rear passengers, the passengers admitted to being in the United States illegally, and citizens of Mexico.

**NOTE:** Ornelas has a prior 1 on 1 administrative alien smuggling event on August 8, 2022, out of Three Points, Arizona Border Patrol station.

**MIRANDA RIGHTS WARNING:**
All subjects were advised of their Miranda Rights in their respective languages. All subjects acknowledged their rights.

**PRINCIPAL STATEMENT: Patricia ORNELAS**
ORNELAS stated that her boss, she identified as Oscar, had asked her to pick up the two subjects and bring them to San Antonio. ORNELAS did not ask if the two subjects if they have documents because she thought it was not her business. When she was asked about the previous incident, she replied the charges were dropped and could not be use against her. ORNELAS stated she picked up the two subjects about 20 minutes before arriving to the checkpoint.

**MATERIAL WITNESS STATEMENT: Ivan PRIETO-CAZARIN**
PRIETO stated that he was in Port Isabel prior to being picked up. PRIETO stated that he received a call from the driver later identified as Patricia Ornelas that she was waiting for him outside to pick him up. PRIETO stated that over the course of the call, she stated that she was going to charge him $1,500 to drive him north. PRIETO stated that she would be paid once he would arrive to his destination. PRIETO stated that they were going to San Antonio. PRIETO stated that she knew he was illegal. PRIETO stated that along the way, she picked up the other subject involved in the case and continued driving north. PRIETO stated that before arriving to the checkpoint, ORNELAS instructed them to say, "Yes sir". PRIETO was shown a photo line-up and was able to identify the driver.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Patricia Ornelas for prosecution of 8 USC 1324, Alien Smuggling. Ivan PRIETO-CAZARIN will be held as material witness in this case.

Hector Villarreal
Border Patrol Agent

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on September 30, 2022.

Julie K. Hampton
United States Magistrate Judge